IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY A. NAGI,                       )<br>                                                   )<br>        *Plaintiff*,                           )<br>v.                                                 )<br>                                                   )          CA No.: _____<br>STANDARD INSURANCE COMPANY, )<br>900 SW Fifth Ave.                        )<br>Portland, OR 97204                      )<br>                                                   )<br>        *Defendant*.                        )<br>                                                   )  | |

## NOTICE OF REMOVAL

Defendant Standard Insurance Company ("Standard"), by and through its undersigned counsel, and pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, hereby gives Notice of Removal of this action from the Superior Court of the District of Columbia (Civil Division – Small Claims and Conciliation Branch), in which court the action is pending, to the United States District Court for the District of Columbia. In support of this Notice of Removal, Standard states the following:

1.       On May 22, 2006, Plaintiff filed an action in the Small Claims and Conciliation Branch of the Civil Division for the Superior Court of the District of Columbia captioned *Terry A. Nagi v. The Standard Insurance Company*, Case No. 2006 SC (3) 5690.

2. Although Plaintiff appears to name CT Corporation as a defendant, Plaintiff states in the Statement of Claim that CT Corporation is the "agent for Standard Insurance Co," and named it in order to effectively serve Standard.

3. On May 23, 2006, Plaintiff served the Statement of Claim and Notice issued to Standard by certified mail upon CT Corporation. On May 24, 2006, the CT Corporation received the Statement of Claim and then forwarded it to Standard. Thus, this Notice of Removal is timely filed within thirty days after receipt of the Statement of Claim and Notice by Standard as required by 28 U.S.C. § 1446(b).

4. Upon information and belief, Standard is the only Defendant presently named in this lawsuit in that, as explained above, CT Corporation was named as the agent to receive service of process on behalf of Standard.

5. In the Statement of Claim, Plaintiff alleges that Standard refused to pay a legitimate disability claim for June 2005 for $3000.00. Plaintiff submitted this claim under the Printer's Disability Trust Group Policy. That group disability insurance policy funds benefits payable under an "employee welfare benefit plan" (hereinafter the "Plan") as defined by section 3(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1002(1). Plaintiff's claim in this matter is one for recovery of benefits under the Plan.

6. This civil action is one over which the U.S. District Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and ERISA Section 502(e)(1), 29 U.S.C. Section 1132(e)(1). *See, e.g., Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 67 (1987).

7. Plaintiff's Complaint seeks recovery of benefits from an employee welfare benefit plan governed by ERISA. Consequently, removal is appropriate even if the Complaint, on its

face, does not appear to raise a federal question or to invoke ERISA. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 67 (1987) (creating exception to the "well-pleaded complaint" rule for state claims challenging the denial of a claim for benefits because Congress "so completely pre-empt[ed] [that] particular area that any civil complaint raising this select group of claims is necessarily federal in nature"); *Board of Trustees of the Hotel and Rest. Employees. Local 25 v. Madison Hotel*, 97 F.3d 1479, 1484 (D.C. Cir. 1996) (following *Metropolitan* in stating that a "state law based complaint" relating to an employee benefit plan is federal in nature, because it is preempted by ERISA and necessarily arises under the federal laws of the United States).

8. This Court also has jurisdiction over this action pursuant to 28 U.S.C. Section 1332 in that Plaintiff is a resident and citizen of the District of Columbia and Standard is incorporated in and has its principal place of business in Oregon. The amount at issue exceeds the sum or value of $75,000, exclusive of interest and costs in that Plaintiff has claimed that he is entitled to benefits in excess of $75,000.

9. Pursuant to the provisions of 28 U.S.C. Section 1441(a) and (b), this matter is one which may be removed to this Court.

10. A copy of this Notice of Removal is being served on the Plaintiff and will be filed with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. Section 1446(d).

11. A copy of all process, pleadings, and orders served upon the defendant in this action is attached hereto pursuant to 28 U.S.C. Section 1446(a) as Exhibit A.

Dated: June 21, 2006

Respectfully submitted,

JORDEN BURT, LLP

By: _____/s/ Sheila J. Carpenter_____
Sheila J. Carpenter (D.C. Bar No. 935742)
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
Telephone: 202-965-8165
Facsimile: 202-965-8104
Email: sjc@jordenusa.com

Attorneys for Defendant Standard Insurance Company

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via First Class U.S. Mail, postage prepaid, on Terry A. Nagi, 4035 Highwood Court, N.W., Washington, D.C. 20007 on this 21st day of June, 2006.

_____
Sheila J. Carpenter

164363v1

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/24/2006
Log Number 511182694

TO: Michael T Winslow, Gen Csl & Corp Secy (P17A)
Standard Insurance Company
1100 S.W. Sixth Avenue, 17th Floor
Portland, OR, 97204-1093

RE: **Process Served in District of Columbia**

FOR: Standard Insurance Company (Domestic State: OR)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Terry A. Nagl, Pltf. vs. The Standard Insurance Co., Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Statement of Claim and Notice |
| COURT/AGENCY: | (DC) Civil Division - Small Claims and Conciliation Branch, DC Case # 2006SC(3)5690 |
| NATURE OF ACTION: | Insurance Litigation - Refuses to pay legitimate disability claim for month of June 2005 for $3,000.00 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Washington, DC |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 05/24/2006 postmarked on 05/23/2006 |
| APPEARANCE OR ANSWER DUE: | Hearing Date and Time: June 23, 2006 at 9:00 a.m. |
| ATTORNEY(S) / SENDER(S): | Terry A. Nagl 4035 Highwood Court, NW Washington, DC, 20007 (202) 342-1727 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 791492794866 |
| SIGNED: PER: ADDRESS: TELEPHONE: | C T Corporation System Mark Diffenbaugh 1015 15th Street, N.W. Suite 1000 Washington, DC, 20005 202-572-3133 |


EXHIBIT A

Page 1 of 1 / MH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 409 E Street, N.W., RM -120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

Small Claims Forms 11    General

Plaintiff: TERRY A NAGI
Address: 4035 Highwood Court NW
Washington DC 20007

Defendant:
(1) CT Corporation, Registered Agent for The Standard Insurance Co.
(2)
(3)

Phone No. 202 342 1727    No. SC 2006 SC(3) 5690

**STATEMENT OF CLAIM**

X Refusal to pay to legitimate disability claim for month of June 2005 for $3000

FILED RECEIVED MAY 22 2006 Clerk Superior Court of the District of Columbia Small Claims Branch

DISTRICT OF COLUMBIA, ss: TERRY A. NAGI being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____    [signature] Plaintiff (or agent)
Attorney for Plaintiff
Bar No. _____

Subscribed and sworn to before me this 22 day of May, 2006
Deputy Clerk (or notary public)

## NOTICE
All parties must notify the court of any address changes.

To:
(1) CT Corporation    (2) CT Corporation (agent for Standard Ins. Co.)
1015 15th ST NW       1015 15th ST NW
Suite 1000            Suite 1000
Washington DC 20005   Washington DC 20005

You are hereby notified that TERRY A. NAGI has made a claim and is requesting judgment against you in the sum of THREE THOUSAND DOLLARS AND NO/100 dollars ($3000.00) as shown by the foregoing statement. The court will hold a hearing upon this claim on 6-23-06 at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, 409 E Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

CV-471/Aug. 05

06 SC(3) 5690   6-23-06

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE



CERTIFIED MAIL

7003 0500 0002 4011 3080

02 1A
00043838
MAILED FR

CT CORPORATION
1015 15th ST NW
SUITE 1000
WASHINGTON, DC 20005

20005%2621 C017