IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY A. NAGI,<br><br>*Plaintiff,*<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CA No.: _____ |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant Standard Insurance Company ("Standard") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Standard which have any outstanding securities in the hands of the public: StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 21, 2006

                                                           Respectfully submitted,

                                                           JORDEN BURT, LLP

                    By: _____
                                                           Sheila J. Carpenter (D.C. Bar No. 935742)
                                                           1025 Thomas Jefferson Street, N.W.
                                                           Suite 400 East
                                                           Washington, D.C. 20007-5208
                                                           Telephone: 202-965-8165
                                                           Facsimile: 202-965-8104
                                                           Email: sjc@jordenusa.com

                                                           Attorneys for Defendant Standard
                                                           Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via First Class U.S. Mail, postage prepaid, on Terry A. Nagi, 4035 Highwood Court, N.W., Washington, D.C. 20007 on this 21st day of June, 2006.

_____
Sheila J. Carpenter

164243v1