IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TERRY A. NAGI<br><br>   *Plaintiff,*<br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>   *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)  CA No.: _____<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT STANDARD INSURANCE COMPANY'S
## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT[1]

Defendant Standard Insurance Company ("Standard"), by and through its undersigned counsel, responds to the removed Statement of Claim by denying any allegation not specifically admitted, and by responding specifically to the single allegation in Plaintiff's Statement of Claim as follows:

### ANSWER TO THE STATEMENT OF CLAIM

Standard admits that it denied Plaintiff's disability claim and avers that because Plaintiff was not an insured under the applicable Group Policy on the date Plaintiff claimed disability. Plaintiff has never been insured by Standard and never paid premiums. Standard denies all remaining allegations contained in Plaintiff's Statement of Claim. Furthermore, Standard denies that Plaintiff is entitled to any relief sought. Finally, Standard requests attorneys' fees and costs in connection with its defense of this frivolous action.

---

[1] Because Standard removed Plaintiff's Action from D.C. Superior Court, this Answer refers to Plaintiff's Complaint as a Statement of Claim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Statement of Claim fails to state any claims against Standard upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims against Standard are barred, in whole or in part, by the doctrines of unclean hands, waiver, laches and/or estoppel.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims against Standard are barred by failure of condition, namely the failure of Plaintiff to satisfy the terms and conditions of the Policy and/or the Plan for receiving benefits under the Policy and/or the Plan.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Standard are barred, because Standard and its agents have complied in all respects with the terms and conditions of the Policy and/or the Plan, and have not breached any duty or obligation allegedly owed to Plaintiff.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the terms and conditions of the Plan and/or the Policy at issue in this litigation.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because the Statement of Claim fails to allege a basis for the relief claimed.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate his damages, if any.

**EIGHTH AFFIRMATIVE DEFENSE**

Standard expressly reserves the right to raise additional affirmative defenses as may be established during discovery and by evidence in this case.

**NINTH AFFIRMATIVE DEFENSE**

Any coverage provided to Plaintiff under a group long-term disability policy issued by Prudential Insurance did not create coverage under the group policy issued by Standard and Standard is not responsible for administering any benefits that may be due Plaintiff pursuant to the Prudential policy. Furthermore, Plaintiff exhausted his benefits under the Prudential policy.

**TENTH AFFIRMATIVE DEFENSE**

If Plaintiff was somehow entitled to coverage under this disability plan, Plaintiff's claims against Standard are barred because Plaintiff failed to exhaust administrative remedies, and/or failed to comply with proper procedures regarding administrative remedies.

Dated: June 21, 2006

Respectfully submitted,

JORDEN BURT, LLP

By: _____
Sheila J. Carpenter (D.C. Bar No. 935742)
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
Telephone: 202-965-8165
Facsimile: 202-965-8104
Email: sjc@jordenusa.com

Attorneys for Defendant Standard
Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via First Class U.S. Mail, postage prepaid, on Terry A. Nagi, 4035 Highwood Court, N.W., Washington, D.C. 20007 on this 21st day of June, 2006.

_____
Sheila J. Carpenter

164236v1