UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY A. NAGI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-1130 (RCL) |
| | ) |
| **STANDARD INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Defendant Standard Insurance Company has filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 22, 2006.