UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRY A. NAGI,

    Plaintiff,

vs.

STANDARD INSURANCE COMPANY,

    Defendant.

Civil Action No. 06-1130 (RCL)

## REPORT OF L.Civ.R 16.3 CONFERENCE

Plaintiff Terry A. Nagi, *pro se*, and Defendant Standard Insurance Company, by its undersigned counsel, respectfully submit this report of their L.Civ.R 16.3 conference. The parties conferred on July 5, 2006 and discussed the matters listed in L.Civ.R 16.3(c) as follows:

1. Defendant believes it likely that the case can be disposed of on dispositive motion. Plaintiff agrees.

2. The parties agreed that Plaintiff shall have until July 31, 2006 to amend his Complaint. Any other parties shall also be joined by that date. While not all questions can be identified at this time, the parties believe the essential questions are whether Plaintiff was insured in the Standard disability plan and whether he was entitled to waiver of premium on the Standard plan.

3. The case should not be assigned to a magistrate judge.

4. The parties have discussed settlement but believe the aid of mediator would be helpful.

5. The parties would like to mediate at the earliest possible time. Discovery should be stayed while the parties mediate.

6. Defendant believes the case can be resolved on a motion for summary judgment. Said motion should be due 30 days after the close of discovery, the opposition due 15 days thereafter and the reply due 7 days after the opposition. The Court should rule on the motion within 90 days of receipt of the reply brief.

7. The parties stipulate to defer the Rule 26(a)(1) disclosures until 21 days after the mediation is completed.

8. Discovery should consist of an exchange of documents. This should take place 30 days after the mediation is completed.

9. Neither party anticipates calling any experts.

10. The case is not a class action.

11. Bifurcation is not necessary.

12. Date for the pretrial conference: after ruling on summary judgment.

13. The Court should set a firm trial date at the first scheduling conference since witnesses will need to come from out-of-town and will need to make travel plans well in advance.

Respectfully submitted,

_____ 7/5/06
Terry A. Nagi
4035 Highwood Ct. NW
Washington, DC 20007
202-342-1727
202-965-1722 (fax)
tanagi@aol.com

_____ 7/10/06
Sheila J. Carpenter
Jorden Burt LLP
1025 Thos. Jefferson St. NW
Suite 400 East
Washington, DC 20007
202-965-8165
202-965-8104 (fax)
sjc@jordenusa.com

Date: July 5, 2006

- 2 -