UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                *
**TERRY A. NAGI,**
                                                                *
      Plaintiff,
                                                                *   **Civil Action No. 06-1130 (RCL)**
  vs.
                                                                *
**STANDARD INSURANCE COMPANY,**
                                                                *
      Defendant.
                                                                *
_____

## SCHEDULING ORDER

It is this ___ day of _____, 2006 ORDERED that the following schedule shall apply to this case:

    1.    Plaintiff shall have until July 31, 2006 to amend his Complaint. Any other parties shall also be joined by that date.

    2.    The case is ordered to mediation. Discovery shall be stayed while the parties mediate.

    3.    Rule 26(a)(1) disclosures shall be deferred until 21 days after the mediation is completed.

    4.    Discovery shall consist of an exchange of documents. This shall take place within 30 days after the mediation is completed.

    5.    Dispositive motion shall be due 30 days after the close of discovery, the opposition due 15 days thereafter and the reply due 7 days after the opposition. The Court will endeavor to rule on the motion within 90 days of receipt of the reply brief.

- 2 -

6. Date for the pretrial conference: will be set after ruling on summary judgment.

_____
Royce C. Lamberth
United States District Judge