UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY A. NAGI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1130 (RCL) |
| ) | |
| **STANDARD INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### SCHEDULING ORDER

Upon consideration of the Joint Status Report submitted by the parties in this action, the Court enters the following Scheduling Order:

1. Plaintiff shall have until July 31, 2006 to amend his Complaint. Any other parties shall also be joined by that date.

2. This case shall be referred to mediation for a period of 60 days from this date. Discovery shall be stayed while the parties mediate. The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator; Counsel and parties, including persons with settlement authority, shall attend the mediation; A party other than a natural person satisfies this attendance requirement if it sends a representative (other than outside counsel) who possesses authority to settle, or if it makes such a person immediately available to the mediator by telephone. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by filing a stipulation.

3. Rule 26(a)(1) disclosures shall be deferred until 21 days after the mediation is completed.

4. Discovery shall consist of an exchange of documents. This shall take place within 30 days after the mediation is completed.

5. Dispositive motion shall be due 30 days after the close of discovery, the opposition due 15 days thereafter and the reply due 7 days after the opposition. The Court will endeavor to rule on the motion within 90 days of receipt of the reply brief.

6. Dates for the pretrial and trial will be set at a status conference held after disposition of any dispositive motions.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, July 19 , 2006.