UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Terry A. Nagi )
 )
Plaintiff )
 )
v. ) Civil Action No. 06-1130
 )
Defendant. )
Standard Insurance Company )

### ORDER OF APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION AND DELAYED REFERRAL TO MEDIATION

The Court has determined that counsel should be appointed from the Court's Civil Pro Bono Panel for the limited purpose of assisting in the resolution of this case through mediation. Accordingly, it is

ORDERED that the Clerk appoint counsel for the plaintiff from the Civil Pro Bono Panel for the purpose of mediation in the above-captioned matter. It is

FURTHER ORDERED that the appointment shall be subject to the provisions of the "Guidelines for Court-Appointed Mediation Counsel," which is attached to and is hereby incorporated by reference in this Order. It is

FURTHER ORDERED that mediation shall commence once counsel has entered an appearance on behalf of plaintiff. The process shall be completed 45 days thereafter. It is

FURTHER ORDERED that the Clerk of the Court shall promptly furnish a copy of this order to the Circuit Executive who shall designate a mediator. Counsel and the parties, including person with settlement authority, shall attend each mediation session.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 7/20/06