UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry A. Nagi, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Standard Insurance Company, )<br>)<br>Defendant. ) | Civil Action No. 06-1130 (RCL) |

**NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
FOR THE LIMITED PURPOSE OF MEDIATION**

      I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

_____
Signature of pro se party

TERRY A. NAGI
Name of pro se party (printed)

4035 Highwood CT. NW
Address

Washington DC 20007
City        State        ZIP

202 342 1727
Telephone

Dated: 8/1/06

**RECEIVED**

AUG 7 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT