UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Terry A. Nagi,

    Plaintiff,　　　　　　　Civil Action No. 06-1130 (RCL)

v.

Standard Ins. Co.
    Defendant

<u>Request for Dismissal with Prejudice</u>

Plaintiff Terry A. Nagi and Defendant Standard Insurance Company hereby stipulate and agree that the above case be dismissed with prejudice.

_(signature)_
Attorney for the Plaintiff
D.C. Bar No. 499488

_(signature)_
Attorney for Defendant
D.C. Bar 935742

_(signature)_
Plaintiff

RECEIVED
DEC 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT